IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| BEVERLY KYE, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 5:09cv00390  SWW |
| | * | |
| | * | |
| SCHINDLER ELEVATOR CORPORATION | * | |
| and SCHINDLER ELEVATOR COMPANY | * | |
| f/k/a WESTINGHOUSE ELEVATOR CO. | * | |
| and JOHN DOES 1-5, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court having been advised by the parties that this action has settled, the Schindler Motion for Dismissal with Prejudice [doc.#39] is hereby granted.

IT IS SO ORDERED this 25th day of July 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE